# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINTENTAL CASUALTYCOMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LETHESIA GUZMAN; FAAFETAI ANDRACHEL TALIAOA; L. M., a minor by and through her Guardian Ad Litem THOMAS NICHOLS; D. M., and N. M., by and through their Guardian Ad Litem, Patricia Montejano, and DOES 1-10, inclusive,<br><br>Defendant. | No. 2:19-cv-01975-KJM-CKD<br><br>ORDER |

   In a minute order filed by the court on January 2, 2020, a status conference was set for February 13, 2020 (ECF No. 18), and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on January 22, 2020, but there was no appearance by Tortsten Bassell for defendant L.M at the February 16, 2020 scheduling conference.

   Accordingly, defendant's counsel is ordered to show cause on or before March 3, 2020, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

1

IT IS SO ORDERED.

DATED: February 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE