| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| CONTINTENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LETHESIA GUZMAN; FAAFETAI ANDRACHEL TALIAOA; L. M., a minor by and through her Guardian Ad Litem THOMAS NICHOLS; D. M., and N. M., by and through their Guardian Ad Litem, Patricia Montejano, and DOES 1-10, inclusive,<br><br>Defendants. | No. 2:19-cv-01975-KJM-CKD<br><br><br>ORDER |

On February 25, 2020, the court ordered defendant's counsel, Tortsten Bassell, to show cause on or before March 3, 2020 (OSC, ECF No. 22), why counsel should not be sanctioned in the amount of $250.00 for failing to appear at the February 13, 2020 scheduling conference. Defendant's counsel has not answered the court's order to show cause.

Accordingly, the court sanctions defense counsel in the amount of $250. Counsel shall not relay this cost to his clients. Within seven (7) days of this order, counsel is ordered to remit payment and to file a declaration so stating. Failure to comply will result in additional sanctions.

1

IT IS SO ORDERED.

DATED: March 13, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE