CNA COVERAGE LITIGATION GROUP
ROBERT C. CHRISTENSEN (SBN 151296)
Email: robert.christensen@cna.com
555 12th Street, Suite 600
Oakland, CA 94607
Telephone:  510.645.2306
Facsimile:  510.645.2323

Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINTENTAL CASUALTY COMPANY,<br><br>              Plaintiff,<br><br>       vs.<br><br>LETHESIA GUZMAN; FAAFETAI AND RACHEL TALIAOA; L. M., a minor by and through her Guardian Ad Litem THOMAS NICHOLS;  D. M., and N. M., by and through their Guardian Ad Litem, Patricia Montejano, and DOES 1-10, inclusive,<br><br>              Defendants. | CASE NO.: 2:19-cv-01975-KJM-CKD<br><br>**STIPULATION OF ALL PARTIES REQUESTING CONTINUANCE OF THE FACT DISCOVERY CUT-OFF SET FORTH IN THE COURT'S AMENDED SCHEDULING ORDER [DOC 28]; AND ORDER**<br><br><br>Complaint Filed: 9/27/19 |

The parties jointly request that the Court modify the Scheduling Order (Docket 28), solely as to the fact discovery cut-off, for good cause.  FRCP 16(b)(4).  The necessity for this request arises from the need to meet and confer and schedule the remaining discovery made upon a non-party, out-of-state entity, Sprint Corporation, following the recent entry of the Protective Order in this action.

The undersigned, constituting all the parties appearing in this action, through undersigned counsel of record hereby stipulate to continue the current date set for the completion of fact discovery for sixty (60) days.  All other dates set forth in the current Scheduling Order (Docket

- 1 -
**Stipulation for Continuance of Current Dates and [Proposed] Order**
Case No.: 2:19-cv-01975-KJM-CKD

28) shall remain unchanged.  A trial date has not been set.  The full list of scheduled dates and proposed new dates are set forth below:

    **A.**    **Proposed Alternative Dates for Scheduling Order.**

**Event Dates per Current Scheduling Order (Docket 28):**

Close of Fact Discovery:  **September 10, 2020**

Expert Designation:  **September 17, 2020**

Exchange Rebuttal Designation:  **October 7, 2020**

Close of Expert Discovery:  **December 4, 2020**

Dispositive Motion Hearing Deadline:  **February 12, 2021**

**Requested Event Date per Stipulation of Parties:**

Close of Fact Discovery:  **November 9, 2020**

    **B.**    **Statement of Good Cause for Requested Continuance of Discovery Cut-Off.**

The parties request this change to the Scheduling Order for several reasons:

1. The parties have diligently undertaken to complete discovery via the exchange of written discovery and remote depositions.  The remote depositions taken to date include personnel of non-party Sprint Corporation noticed by defendant Lethisia Guzman.  The remote deposition of defendant, Lethesia Guzman, is set for August 27, 2020.

2. The remaining discovery consists of subpoenas by defendant Lethesia Guzman for the production of documents and for the depositions of persons most knowledgeable of Sprint Corporation, the employer of the person assigned the vehicle involved in the accident giving rise to the underlying actions and this insurance coverage action.  The fact that Sprint is a non-party, out-of-state corporation, and the COVID-19 outbreak and consequent lockdowns, have created logistical obstacles to completing this remaining discovery in the time allotted under the current Scheduling Order.  These obstacles include:

    a. Sprint will be represented by other counsel not otherwise involved in this coverage action.

    b. Sprint's counsel lacks access to in-person meetings making preparing for depositions difficult. In addition, the logistics of the document production and deposition preparation are compounded by the fact that the production of documents and depositions will be made under the Protective Order recently entered on August 20, 2020.

    c. The inability to conduct in-person events makes it difficult to prepare for, attend depositions and defend depositions, both for the Sprint witnesses, Sprint's attorney and other counsel.

3. Despite these obstacles, the parties believe that the remaining discovery may be completed via the production of an agreed upon scope of documents and topics of deposition of Sprint persons most knowledge, following a meet and confer on these issues. However, the meet and confer process and the document production and taking of the deposition(s) cannot be completed within the current fact discovery cut-off of September 10, 2020.

Respectfully submitted,

DATED: August 21, 2020    CNA COVERAGE LITIGATION GROUP

By: /s/ *Robert C. Christensen*
    ROBERT C. CHRISTENSEN
    Attorneys for Plaintiff CONTINENTAL CASUALTY COMPANY

DATED: August 21, 2020    POWERS MILLER

By: /s/ *R. James Miller*
R. JAMES MILLER (SBN 170312)
Attorneys for Defendant LETHESIA GUZMAN

DATED: August 21, 2020    DREYER, BABICH, BUCCOLA, WOOD, CAMPORA, LLP

By: /s/ *Marshall R. Way*
MARSHALL R. WAY (SBN 305082)
Attorneys for Defendant FAAFETIA TALIAOA

DATED:   August 21, 2020         ELLIOT M. REINER, APC


By: /s/*Eliot M. Reiner*
   ELIOT M. REINER (SBN 142239)
   Attorneys for Defendant RACHEL TALIAOA


DATED:   August 21, 2020         LARI-JONI & BASSELL, LLP


By: /s/*Torsten M. Bassell*
   TORSTEN M. BASSELL (SBN 249331)
   Attorneys for Defendant L. M., a minor by and through her Guardian Ad Litem THOMAS NICHOLS


DATED:   August 21, 2020         WILCOXEN CALLAHAM, LLP


By: /s/*Drew M. Widders*
   BLAIR H. WIDDERS (SBN 301741)
   DREW M. WIDDERS (SBN 245439)
   Attorneys for Defendants D. M., and N. M., by and through their Guardian Ad Litem, PATRICIA MONTEJANO


**ATTESTATION PER LOCAL RULE 5-1(i)(3)**

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

DATED:   August 21, 2020         CNA COVERAGE LITIGATION GROUP


By: /s/ *Robert C. Christensen*
   ROBERT C. CHRISTENSEN
   Attorneys for Plaintiff CONTINENTAL CASUALTY COMPANY

## **PROPOSED ORDER**

For good cause appearing, it is hereby ordered that the fact discovery cut-off is extended for sixty (60) days from September 10, 2020 to November 9, 2020.

**IT IS SO ORDERED.**

Dated:  September 8, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE