CNA COVERAGE LITIGATION GROUP
ROBERT C. CHRISTENSEN (SBN 151296)
Email: robert.christensen@cna.com
555 Mission Street, Suite 200
San Francisco, CA 94105
Telephone:   415.932.7018
Facsimile:   866.534.1036

Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

POWERS MILLER
R. James Miller (SBN 170312)
Katherine L. Marlink (SBN 272555)
3500 Douglas Boulevard, Suite 100
Roseville, California 95661
Telephone: 916.924.7900
Telecopier: 916.924.7980

Attorneys for Defendant
LETHESIA GUZMAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINTENTAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>LETHESIA GUZMAN; FAAFETAI AND RACHEL TALIAOA; L. M., a minor by and through her Guardian Ad Litem THOMAS NICHOLS; D. M., and N. M., by and through their Guardian Ad Litem, Patricia Montejano, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-01975-KJM-CKD<br><br>**STIPULATION OF PLAINTIFF CONTINENTAL CAUSALTY COMPANY AND DEFENDANT LETHISIA GUZMAN TO CONTINUE PRETRIAL CONFERENCE [Dkt. No. 49]; ORDER**<br><br><br>Complaint Filed: 9/27/19 |

Plaintiff Continental Casualty Company ("CCC") and Defendant Lethesia Guzman, having met and conferred through counsel of record jointly request, for good cause, that the Court continue the March 4, 2022 Pretrial Conference [Dkt. 49] to an available date in April 2022. Fed. R. Civ. P. 16(b)(4).

/ / /

1    The Court denied CCC's motion for summary judgment in a December 22, 2021 Order. [Dkt. 46.]  The December 22, 2021 Order, as an amended, set a Pretrial Conference for January 21, 2022. [Dkt. 47.]  The parties thereafter filed a Stipulation requesting a continuance of the Pretrial Conference.  [Dkt. 48.]  The Court granted the Stipulation continuing the Pretrial Conference to March 4, 2022. [Dkt. 49.]

On January 24, 2022, CCC and Ms. Guzman filed a motion to stay this action until the underlying actions pending in Sacramento Superior Court have resolved; and to refer this action to ADR.  [Dkt. 50.]  As more fully set forth in the motion to stay, CCC and Ms. Guzman ask that the Court stay this action on the grounds that a trial on CCC's duty to indemnify is premature, the trial in this declaratory relief action may involve factual and evidentiary determinations that are also at issue in a pending underlying actions and may prejudice Ms. Guzman's defense and prosecution of her claims in the underlying actions.

CCC and Ms. Guzman set the hearing on the motion to stay on the Court's first available hearing date, March 4, 2022, the same day as the Pretrial Conference.

In order to conserve the parties' and this Court's time and resources, CCC and Ms. Guzman requested that the other parties to this action, plaintiffs in the underlying actions, stipulate to continue the Pretrial Conference so that the Court could rule on the motion to stay before the Pretrial Conference.  The other parties did not respond.

CCC and Ms. Guzman submit that there is good cause to continue the Pretrial Conference to a date in April 2022 because the motion to stay may obviate the need for a Pretrial Conference. The Court's and the parties' time and resources preparing for and attending a Pretrial Conference may therefore be unnecessary.

Based on the foregoing, the undersigned counsel for Ms. Guzman and CCC hereby stipulate, for good cause, that the Court continue the Pretrial Conference to a date in April 2022.

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | DATED:  January 25, 2022 | CNA COVERAGE LITIGATION GROUP |
| 4 | | |
| 5 | | By: /s/ *Robert C. Christensen* |
| 6 | | ROBERT C. CHRISTENSEN<br>Attorneys for Plaintiff CONTINENTAL<br>CASUALTY COMPANY |
| 7 | | |
| 8 | DATED:  January 25, 2021 | POWERS MILLER |
| 9 | | |
| 10 | | By: /s/ *R. James Miller*<br>R. JaMES MILLER (sbn 170312) |
| 11 | | Attorneys for Defendant LETHESIA<br>GUZMAN |

12

13                    \ATTESTATION PER LOCAL RULE 5-1(i)(3)

14    The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

17

|   |   |   |
|---|---|---|
| 18 | DATED:  January 25, 2022 | CNA COVERAGE LITIGATION GROUP |
| 19 | | |
| 20 | | By: /s/ *Robert C. Christensen* |
| 21 | | ROBERT C. CHRISTENSEN<br>Attorneys for Plaintiff CONTINENTAL<br>CASUALTY COMPANY |

## ORDER

Good cause appearing, it is hereby ordered that the March 4, 2022 final pretrial conference shall be continued to April 15, 2022. The parties shall file the joint pretrial statement no less than twenty-one days prior to the final pretrial conference.

**IT IS SO ORDERED.**

DATED: January 28, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE