CNA COVERAGE LITIGATION GROUP
ROBERT C. CHRISTENSEN (SBN 151296)
Email: robert.christensen@cna.com
555 Mission Street, Suite 200
San Francisco, CA 94105
Telephone:    415.932.7018
Facsimile:    866.534.1036

Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

POWERS MILLER
R. James Miller (SBN 170312)
Katherine L. Marlink (SBN 272555)
3500 Douglas Boulevard, Suite 100
Roseville, California 95661
Telephone: 916.924.7900
Telecopier: 916.924.7980

Attorneys for Defendant
LETHESIA GUZMAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINTENTAL CASUALTY COMPANY, | CASE NO.: 2:19-cv-01975-KJM-CKD |
| Plaintiff, | **STIPULATION OF PLAINTIFF CONTINENTAL CAUSALTY COMPANY AND DEFENDANT LETHISIA GUZMAN TO CONTINUE PRETRIAL CONFERENCE [Dkt. No. 52]; AND ORDER** |
| vs. | |
| LETHESIA GUZMAN; FAAFETAI AND RACHEL TALIAOA; L. M., a minor by and through her Guardian Ad Litem THOMAS NICHOLS; D. M., and N. M., by and through their Guardian Ad Litem, Patricia Montejano, and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed: 9/27/19 |

Plaintiff Continental Casualty Company ("CCC") and Defendant Lethesia Guzman, having met and conferred through counsel of record jointly request, for good cause, that the Court continue the April 15, 2022 pretrial conference [Dkt. 49] to an available date in mid-May or June 2022. Fed. R. Civ. P. 16(b)(4).

/ / /

1    The Court denied CCC's motion for summary judgment in a December 22, 2021 Order. [Dkt. 46.]  The December 22, 2021 Order, as an amended, set a pretrial conference for January 21, 2022. [Dkt. 47.]   The parties filed a stipulation requesting a continuance of the pretrial conference.  [Dkt. 48.]  The Court continued the pretrial conference to March 4, 2022. [Dkt. 49.]

    On January 24, 2022, CCC and Ms. Guzman filed a joint motion to stay this action until the underlying actions pending in Sacramento Superior Court have resolved; and to refer this action to ADR.  [Dkt. 50.]  The hearing on the joint motion to stay was set on the first available date, March 4, 2022.  [*Id.*]

    Immediately upon filing the joint motion, CCC and Ms. Guzman, filed a stipulation requesting, for good cause, that the Court continue the pretrial conference to a date in April 2022 so that the Court could rule on the motion to stay before the pretrial conference.  [Dkt. 51.]  The Court granted the stipulation, setting the pretrial conference for April 15, 2022, with a joint pretrial conference statement due three weeks before pretrial conference, or March 25, 2022. [Dkt. 52.]  By way of a minute order entered on March 1, 2022, the Court vacated the March 4, 2022 hearing on the joint motion to stay, with the motion submitted without oral argument. [Dkt. 56.]

    In order to conserve the parties' and this Court's time and resources, CCC and Ms. Guzman request a continuance of the April 15, 2022 pretrial conference and accompanying March 25, 2022 date to file the joint pretrial conference for thirty to sixty days so that that the Court can rule on the motion to stay before the pretrial conference and the time to file a joint pretrial conference statement.

     CCC and Ms. Guzman submit that there is good cause to continue the pretrial conference for thirty to sixty days because the motion to stay may obviate the need for a pretrial conference. The Court's and the parties' time and resources preparing for and attending a pretrial conference may therefore be unnecessary.

    Based on the foregoing, the undersigned counsel for Ms. Guzman and CCC hereby stipulate, for good cause, that the Court continue the pretrial conference to a date in mid-May or June 2022.

1 | Respectfully submitted,

3 | DATED: March 21, 2022         CNA COVERAGE LITIGATION GROUP

By: /s/ *Robert C. Christensen*
     ROBERT C. CHRISTENSEN
     Attorneys for Plaintiff CONTINENTAL
     CASUALTY COMPANY

8 | DATED: March 21, 2021         POWERS MILLER

By: /s/ *R. James Miller*
     R. JAMES MILLER
     Attorneys for Defendant LETHESIA GUZMAN

**ATTESTATION PER LOCAL RULE 5-1(i)(3)**

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

DATED: March 21, 2022         CNA COVERAGE LITIGATION GROUP

By: /s/ *Robert C. Christensen*
     ROBERT C. CHRISTENSEN
     Attorneys for Plaintiff CONTINENTAL
     CASUALTY COMPANY

## ORDER

Good cause appearing, it is hereby ordered that the April 15, 2022 final pretrial conference shall be continued to Friday, May 27 2022. The parties shall file the joint pretrial conference statement no less than twenty-one days prior to the final pretrial conference.

**IT IS SO ORDERED.**

DATED: March 22, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE