CNA COVERAGE LITIGATION GROUP
ROBERT C. CHRISTENSEN (SBN 151296)
Email:  robert.christensen@cna.com
555 Mission Street, Suite 200
San Francisco, CA  94105
Telephone:    415.932.7018
Facsimile:    866.534.1036

Attorneys for Plaintiff
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINTENTAL CASUALTY COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LETHESIA GUZMAN; FAAFETAI AND RACHEL TALIAOA; L. M., a minor by and through her Guardian Ad Litem THOMAS NICHOLS; D. M., and N. M., by and through their Guardian Ad Litem, Patricia Montejano, and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 2:19-cv-01975-KJM-CKD<br><br>**STIPULATION OF ALL PARTIES REQUESTING REFERRAL TO PRIVATE MEDIATION [DOC 59]; AND ORDER**<br><br><br>Complaint Filed:  9/27/19 |

　　　The parties jointly request that the Court modify the Order on the Joint Motion to Stay [Docket 59], solely for the purpose of referring this matter to private mediation as opposed to a reference to the Voluntary Dispute Resolution Program ("VDRP").  Local Rule 271(a)(3).  The necessity for this request arises from the complexity of the underlying state court actions which include parties which are not a part of this coverage litigation, which will be mediated in conjunction with the coverage issues raised in this action.

### **STIPULATION**

　　　Plaintiff Continental Casualty Company ("CCC") and Defendants Lethesia Guzman, Faafetai and Rachel Taliaoa, L.M., a minor by and through her

Guardian Ad Litem Thomas Nichols;  D. M., and N. M., by and through their Guardian Ad Litem, Patricia Montejano (collectively the "Parties") hereby stipulate, by and through their counsel of record, as follows:

WHEREAS, CCC filed a complaint seeking a declaration that it does not owe a duty to defend or indemnify Lethesia Guzman under a Business Auto policy to the Sprint Corporation (now T-Mobile) with regard to three lawsuits:

- *Faafetai and Rachael Taliaoa v. Morningstar Trucking Company, et. al.*, pending in Sacramento County Superior Court, Case No. 34-2018-00226841("*Taliaoa* Action");

- *L.M., a minor, by and through her guardian ad litem, Thomas Nichols v. Eduardo Marquez, The Morning Star Trucking Company, State of California Department of Transportation, State of California, Ryder Truck Rental Inc., Load Maxx Trailer Company, Inc., Gelco Corporation, Lethesia Guzman, et al.*, pending in Sacramento Superior Court, Case No. 34-2018-00239237 ("*L.M.* Action"); and

- *D.M., and N.M., by and through their Guardian ad Litem, Patricia Montejano v. Eduardo Marquez, The Morning Star Trucking Company LLC, Liberty Packing Company, The Morning Star Company, Inc., Ryder Truck Rental Inc., Load Maxx Trailer Company, Inc., Gelco Corporation, Lethesia Guzman, et al.*, Sacramento Superior Court Case No. 34-2018-00238127 ("*D.M./N.M.* Action," the *Taliaoa*, *L.M.*, and *D.M./N.M.* Actions are collectively referred to as the "Underlying Actions").

WHEREAS, this action names as defendants Lethesia Guzman, as well as each of the plaintiffs in the Underlying Actions for purpose of binding those underlying plaintiffs to this Court's coverage determination;

WHEREAS, the Underlying Actions concerns a multi-vehicle collision that includes allegations against persons and entities that are defendants, cross-defendants and/or counterclaimants in the Underlying Actions but are not parties to this action;

WHEREAS, a trial date has not been set in the Underlying Actions;

WHEREAS, the Court granted CCC's and Lethesia Guzman's joint motion to stay this coverage action, referring the matter to the VDRP;

WHEREAS, the parties believe that the Underlying Actions should be globally mediated with this coverage action, subject to the possibility that additional discovery in the Underlying Actions may be needed for certain parties to meaningfully participate in a global mediation;

1  WHEREAS, the parties agree that there is an increased likelihood of a successful
2  resolution at global mediation if the matter is referred to a private mediator of the parties'
3  choosing, to take place within the next six months in event certain parties in the Underlying
4  Actions need to take discovery in advance of the mediation;

5  WHEREAS, the parties therefore stipulate that this matter should be referred to a private
6  mediator to be chosen by the parties to this coverage action and the Underlying Actions pursuant
7  Local Rule 271(a)(3);

8  WHEREAS, the parties request, for good cause, that the matter be referred to private
9  mediation to be completed within six months of the entry of this stipulated order, with the parties
10 agreeing to the confidentiality and reporting requirements of Local Rule 271(m) and (n); and
11 further that the parties will notify the Court of any settlement by or among any parties to this
12 action whether through mediation or informal settlement discussions.

13 **IT IS SO STIPULATED.**

14                                         Respectfully submitted,

15 DATED:  May 9, 2022          CNA COVERAGE LITIGATION GROUP

17                              By: /s/ *Robert C. Christensen*
                                    ROBERT C. CHRISTENSEN
18                                  Attorneys for Plaintiff CONTINENTAL
                                    CASUALTY COMPANY

20 DATED:  May 9, 2022          POWERS MILLER

22                              By: /s/ *R. James Miller*
                                    R. JAMES MILLER (SBN 170312)
23                                  Attorneys for Defendant LETHESIA GUZMAN

24 DATED:  May 9, 2022          DREYER, BABICH, BUCCOLA, WOOD,
                                    CAMPORA, LLP

26                              By: /s/ *Marshall R. Way*
                                    MARSHALL R. WAY (SBN 305082)
27                                  Attorneys for Defendant FAAFETIA TALIAOA

28

| | | |
|---|---|---|
| DATED: | May 9, 2022 | ELLIOT M. REINER, APC |

By: /s/*Eliot M. Reiner*
   ELIOT M. REINER (SBN 142239)
   Attorneys for Defendant RACHEL TALIAOA

DATED:   May 9, 2022              LARI-JONI & BASSELL, LLP

By: /s/*Torsten M. Bassell*
   TORSTEN M. BASSELL (SBN 249331)
   Attorneys for Defendant L. M., a minor by and through her Guardian Ad Litem THOMAS NICHOLS

DATED:   May 9, 2022              WILCOXEN CALLAHAM, LLP

By: /s/*Drew M. Widders*
   BLAIR H. WIDDERS (SBN 301741)
   DREW M. WIDDERS (SBN 245439)
   Attorneys for Defendants D. M., and N. M., by and through their Guardian Ad Litem, PATRICIA MONTEJANO

**ATTESTATION PER LOCAL RULE 131(e)**

The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

DATED:   May 9, 2022              CNA COVERAGE LITIGATION GROUP

By: /s/ *Robert C. Christensen*
   ROBERT C. CHRISTENSEN
   Attorneys for Plaintiff CONTINENTAL CASUALTY COMPANY

## ORDER

For good cause appearing, the court orders the parties to participate in a global mediation with the Underlying Actions using a private mediator agreed upon by the parties. The mediation shall take place within six months of the entry of this Order. The parties agree that confidentiality and reporting procedures set forth in Local Rule 271(m) and (n) shall apply to the parties' ADR choice. The court orders the parties to notify the court of any outcome of the mediation within **seven days of its completion**.

**IT IS SO ORDERED.**

DATED: May 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE